**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT OWENSBORO**

**ROCKY RAY MADDOX**                                                                    **PLAINTIFF**

**v.**                                                               **CIVIL ACTION NO. 4:11CV-P17-M**

**OWENSBORO POLICE DEPARTMENT** *et al.*                              **DEFENDANTS**

**MEMORANDUM OPINION**

Upon filing the instant action, Plaintiff assumed the responsibility to keep this Court advised of his current address and to actively litigate his claims. *See* Local Rule 5.2(d) ("All pro se litigants must provide written notice of a change of address to the clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.").

On July 6, 2011, the U.S. Postal Service returned the Court's June 27, 2011, Memorandum and Order sent to Plaintiff at his address of record. The envelope was stamped "Return to Sender" and marked "Attempted Not Known." A handwritten notation indicated "Released."

Apparently, Plaintiff is no longer incarcerated at the Daviess County Detention Center, and because he has not provided any forwarding address to the Court, neither notices from this Court nor filings by Defendants can be served on him. In such situations, courts have an inherent power "acting on their own initiative to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962).

Because it appears to this Court that Plaintiff has abandoned any interest in prosecuting this case, the Court will dismiss the action by separate Order.

Date:

cc:     Plaintiff, *pro se*
4414.005